UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
November 29, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>v. )<br>  )<br>NICHOLAS VOTAW, )<br>  )<br>  Defendant. ) | CASE NUMBER: 2:12-cr-00406-JAM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Nicholas Votaw</u>; Case <u>2:12-cr-00406-JAM</u> from custody and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

    _X_    Unsecured Appearance Bond in the amount of $50,000.00

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond secured by Real Property

    ___    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>11/29/2012</u> at <u>2:15 pm</u>.

By _____
Kendall J. Newman
United States Magistrate Judge