DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA 95814
Telephone:    (916) 447-8600
Fax:               (916) 930-6482
E-Mail:          davefischer@yahoo.com

Attorney for Defendant
NICHOLAS VOTAW

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:12-CR-00406 JAM |
| Plaintiff, | **WAIVER OF APPEARANCE** |
| v. | |
| NICHOLAS VOTAW | |
| Defendant. | |

   Pursuant to Rule 43 and Rule 10 of the Federal Rules of Criminal Procedure, the defendant, NICHOLAS VOTAAW, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including arraignment, when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, and when any other action is taken by the Court before or after trial, except upon trial, plea, impanelment of jury and imposition of sentence.  Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all time by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant being present.

DATED: 11/29/2012

/s/ Nicholas Votaw
NICHOLAS VOTAW
Defendant

DATED: 11/29/2012

/s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
NICHOLAS VOTAW

IT IS SO ORDERED

DATED: 12/3/2012

/s/ John A. Mendez
HON. JOHN A .MENDEZ
U.S. District Court Judge