DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th St Ste 100
Sacramento, CA 95814
Telephone:   (916) 447-8600
Fax:             (916) 930-6482
E-Mail:        davefischer@yahoo.com

Attorney for Defendant
NICHOLAS VOTAW

**IN THE UNITED STATES OF DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS VOTAW,<br><br>　　　　　　Defendant. | CR.S.  No.  2:12-CR-00406 TLN<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO REMOVE CONDITIONS #12 (DRUG TESTING)** |

　　　　On January 10, 2012, Mr. Votaw voluntarily appeared in Court after learning that a warrant was issued for his arrest 2:11-CR-00514 TLN for mortgage fraud-related charges from 2007-2008.  After learning that Mr. Votaw had been indicted for similar charges, also from 2007-2008, in this case, Mr. Votaw voluntarily appeared in Court on November 27, 2012.  He was released the same day on the same conditions of release as case number 2:11-CR-00514 and continued to be supervised by the Pretrial Services Agency.  Special condition number 12 requires that Mr. Votaw submit to drug and alcohol testing.  Mr. Votaw requests that Special Conditions of Release number 12 be removed.

Pretrial Services Officer Taifa Gaskins confirmed that Mr. Votaw has been supervision for a long time, he has done fine with drug and alcohol testing, and she is fine with removing the drug and alcohol testing condition at this time, so long as the AUSA assigned to this case, Lee Bickley, is not opposed. AUSA Lee Bickley is not opposed to this request. Accordingly, the parties request that the Court accept this stipulation and remove special condition number 12.

Respectfully submitted,

Dated: March 13, 2014          /s/ David D. Fischer
                               DAVID D. FISCHER
                               Attorney for Defendant
                               NICHOLAS VOTAW

Dated: March 13, 2014          /s/ David D. Fischer for
                               LEE BICKLEY
                               Assistant United States Attorney
                               Counsel for Plaintiff

**IT IS SO ORDERED.**

**Dated: March 25, 2014**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Votaw0406.stipo.modify.cor.doc