1   BENJAMIN B. WAGNER
    United States Attorney
2   HEIKO P. COPPOLA
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700
    Facsimile:   (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:12-CR-00406 TLN

12                      Plaintiff,         STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                         FINDINGS AND ORDER

14  NICHOLAS VOTAW,                        DATE: May 28, 2015
                                           TIME: 9:30 a.m.
15                      Defendant.         COURT: Hon. Troy L. Nunley

16

17                            **STIPULATION**

18       1.      By previous order, this matter was set for status on May 28, 2015.

19       2.      By this stipulation, defendant now moves to continue the status conference until October

20  8, 2015, and to exclude time between May 28, 2015, and October 8, 2015, at 9:30 a.m., under Local

21  Code T4.

22       3.      The parties agree and stipulate, and request that the Court find the following:

23              a)      The government has represented that the discovery associated with this case

24  includes in excess of 2416 pages of investigative reports and related documents in electronic

25  form.  All discovery has been either produced directly to counsel and/or made available for

26  inspection and copying. The government recently provided over 70,000 pages of additional

27  discovery from the case of United States v. Kuzmenko, et.al.

28              b)      Counsel for defendant desires additional time to consult with his client, review the

current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions and to otherwise prepare for trial. Counsel will need additional time to review the over 70,000 pages of discovery that was recently produced by the United States.

c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 28, 2015 to October 8, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and  B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 26, 2015                                    BENJAMIN B. WAGNER
                                                               United States Attorney


                                                               /s/ HEIKO P. COPPOLA
                                                               HEIKO P. COPPOLA
                                                               Assistant United States Attorney


Dated:  May 26, 2015                                    /s/ David D. Fischer

_____
DAVID D. FISCHER
Counsel for Defendant
NICHOLAS VOTAW

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 26th day of May, 2015.

_____
Troy L. Nunley
United States District Judge