| | |
|---|---|
| 1 | DAVID D. FISCHER, SBN 224900 |
| 2 | LAW OFFICES OF DAVID D. FISCHER, APC |
| | 5701 Lonetree Blvd., Suite 312 |
| 3 | Rocklin, CA 95765 |
| 4 | Telephone: (916) 447-8600 |
| | Fax: (916) 930-6482 |
| 5 | E-Mail: davefischer@yahoo.com |

Attorney for Defendant
NICHOLAS VOTAW

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. No. 2:11-CR-00514 TLN |
| Plaintiff, | 2:12-CR-00406 TLN |
| v. | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO REMOVE CONDITION TO BE SUPERVISED BY THE PRETRIAL SERVICES AGENCY** |
| NICHOLAS VOTAW, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, and David D. Fischer, attorney for defendant Nicholas Votaw, that Mr. Votaw's pretrial supervision should be terminated and that he should remain out of custody on the presently set unsecured appearance bonds of $50,000 in each case. Condition number 6 pertaining to surrendering any passports and not applying for any passports is to remain in place. Also, as a condition of Mr. Votaw's pretrial release, Mr. Votaw shall comply with all federal, state, and local laws.

- 1 -

Pretrial Services indicates that Mr. Votaw has done well on supervision. On January 10, 2012, Mr. Votaw voluntarily appeared in Court after learning that a warrant was issued for his arrest. He was released the same day on conditions of release and is supervised by the Pretrial Services Agency. He has remained on supervision without incident. Based on the foregoing, the parties stipulate that Mr. Votaw's pretrial supervision should be terminated and that he be ordered released on the presently set unsecured appearance bond.

Respectfully submitted,

Dated: April 30, 2019

/s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
NICHOLAS VOTAW

Dated: April 30, 2019

/s/ David D. Fischer for
HEIKO COPPOLA
Assistant United States Attorney
Counsel for Plaintiff

**IT IS SO ORDERED**

Dated: May 1, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE